WILLIAM YOOST, Respondent, *v.* JOHN FARR, JR., et al., Individually and as Copartners under the Firm Name of FARR & Co., Appellants.

· (Argued January 17, 1935; decided February 26, 1935.)

*W. Montague Geer, Jr., William J. Donovan, George S. Leisure* and *Carl E. Newton* for appellants.

*I. Maurice Wormser* and *Nicholas Howard Pinto* for respondent.

Judgment affirmed, with costs. Held, that the case was submitted to the jury on the theory on which it was tried. No opinion. (See 266 N. Y. 666.)

Concur: LEHMAN, O'BRIEN, HUBBS and LOUGHRAN, JJ. Dissenting: CRANE, Ch. J., and CROUCH, J. Not sitting: FINCH, J.